IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DANIEL W. MORRIS**,

    Plaintiff,

v.

**KILOLO KIJAKAZI,** Acting Commissioner of Social Security,

    Defendant.

Case No. 1:22-cv-1560-SI

**ORDER**

**Michael H. Simon, District Judge.**

    On October 17, 2023, pursuant to the stipulation of the parties, the Court reversed the Commissioner's determination that Plaintiff was not disabled and remanded the matter to the agency for further proceedings. ECF 17. Before the Court is Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF 19. The Commissioner does not object to Plaintiff's application. ECF 21.

    Having considered Plaintiff's application, the Court GRANTS Plaintiff's unopposed application for EAJA fees (ECF 19) and awards attorney fees in the amount of $6,679.20 to Plaintiff. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596-98 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check made payable and mailed to Plaintiff's counsel, Katherine L. Eitenmiller, WELLS, MANNING, EITENMILLER & TAYLOR, P.C.,

PAGE 1 – ORDER

474 Willamette Street, Eugene, Oregon 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made payable to Plaintiff and mailed to counsel's address provided above. There are no costs or expenses to be paid herein.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – ORDER